CRAIG G. STAUB, Bar No. 172857
MEREDITH M. SNYDER, Bar No. 254172
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Fax No.:    310.553.5583

Attorneys for Defendant
COMPASS GROUP USA, INC.

O. DAVID NATANZI, Bar No. 199983
NATANZI & SOLIEMANZADEH LEGAL GROUP, LLP
1880 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 210-4999
Facsimile: (310) 201-5999

Attorney for Plaintiff
ANTHONY JOSEPH TRUJILLO

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TRUJILLO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS GROUP USA, INC., dba COMPASS GROUP FOODSERVICE, a Delaware Corporation, and DOES 1 through 25, Inclusive,<br><br>　　　　　　　Defendants. | Case No. SA CV09-1074-DOC(ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DAVID O. CARTER<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　　August 17, 2009 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  IT IS HEREBY ORDERED, pursuant to the Stipulation for Dismissal submitted by Plaintiff Anthony Trujillo and Defendant Compass Group USA, Inc., that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _May 10, 2010

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.